UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP P. STRONG, <br><br> Plaintiff, <br><br> v <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. CV 16-6468-FFM <br><br> ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND FOR COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that:

Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND ONE-HUNDRED THIRTY-THREE DOLLARS and 74 CENTS ($5,133.74) and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS ($400.00), subject to the terms of the Stipulation.

DATED: December 27, 2017

                                                /S/ FREDERICK F. MUMM
                                                FREDERICK F. MUMM
                                                United States Magistrate Judge